11/12/2025 2:54 PM

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MARION

| | |
|---|---|
| CAROL LYNNE BROUWER,<br>Plaintiff,<br>v.<br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; and JANE DOE, an individual,<br>Defendants. | Case No. 25CV60548<br>COMPLAINT (Negligence) AND DEMAND FOR JURY TRIAL<br>Total Damages Sought: $260,000.00<br>Filing Fee: $594.00 per ORS 21.160(1)(c)<br>Not Subject to Mandatory Arbitration |

Plaintiff Carol Brouwer alleges:

1.

At all times relevant to this case, Plaintiff Carol Brouwer ("Plaintiff") was a resident of the State of Oregon.

2.

At all times relevant to this case, Defendant, Costco Wholesale Corporation (hereinafter Costco) was and is a Washington corporation engaged in the retail sale of a wide variety of merchandise and goods, including from its store located at 4885 27th Avenue SE, in Salem, Oregon. Costco conducts regular, sustained business activity in Marion County, Oregon.

3.

At all times relevant to this case, Jane Doe was and is an unidentified employee, agent, or apparent agent of Defendant Costco. At all times mentioned herein, Jane Doe was acting within



**TRAINOR LAW PC**
333 SW Taylor Street, Suite 300
Portland, Oregon 97204
Tel. 503-536-2172 - Fax 503-296-5742

the course and scope of her employment, agency, or apparent agency when she hit Plaintiff with the flatbed cart Jane Doe was operating in Defendant Costco's Salem, Oregon location on September 5, 2024. This Complaint will be amended to state the true name of Jane Doe when it becomes known.

4.

On or about 2:00 p.m. on September 5, 2024, Plaintiff – a Costco Member – was shopping for groceries in a frozen food aisle at the Costco location in Salem, Oregon. Suddenly, Defendant Jane Doe hit Plaintiff from behind with a flatbed cart, which caused Plaintiff to fall to the ground and sustain the serious and painful injuries described below.

**CLAIM FOR RELIEF: Negligence of All Defendants**

5.

Plaintiff realleges and incorporates by this reference paragraphs 1 through 4, above, as though full set forth herein.

6.

The Defendants' negligence, by and through its actual or apparent agents or employees, who were acting within the course and scope of such agency, apparent agency, or employment, and Jane Doe, in one or more of the following particulars:

A. In stacking merchandise onto the flatbed cart and moving the merchandise in and around the Costco store during business hours and in close proximity to customers;

B. In failing to ensure that the merchandise being transported in and around the Costco store was properly and safely secured;

C. In failing to maintain a proper lookout while operating a flatbed cart in the Costco store;

D. In failing to exercise reasonable care to avoid contacting Plaintiff; and



TRAINOR LAW PC
333 SW Taylor Street, Suite 300
Portland, Oregon 97204
Tel. 503-536-2172 - Fax 503-296-5742

E. In failing to exercise a duty of care to Costco customers by failing to guard against the risk of harm to customers by blocking off the aisle or otherwise making the area in which employees were moving merchandise inaccessible to customers.

F. In otherwise failing to exercise a duty of care to Costco customers by failing to guard against the risk of harm to customers by adequately providing notice of potentially dangerous employee activity or otherwise making the area safe for customers.

7.

Plaintiff Carol Brouwer is within the class of persons foreseeably put at unreasonable risk of harm by the Defendants. Defendants knew or should have known that each of the acts or omissions described above foreseeably placed their customers at risk of serious injury, and that such injuries are preventable in the exercise of reasonable care. As a direct, proximate and foreseeable result of the Defendants' negligence as alleged, Plaintiff suffered the following serious injuries:

A. Traumatic, displaced fracture of the distal right clavicle;

B. Soft tissue injury and contusions to her right shoulder; and

C. Exacerbation of Parkinson's Disease symptoms.

8.

Plaintiff's injuries are serious and permanent in nature. These injuries have caused, and will continue to cause, Plaintiff pain and suffering, impairment to her normal and usual activities, reduced capacity, humiliation, embarrassment, fear, emotional distress and loss of enjoyment of life, all to her noneconomic damages in an amount to be determined by the jury, but not to exceed $250,000.00.

9.

As a direct, proximate and foreseeable result of the Defendants' negligence, Plaintiff had



**TRAINOR LAW PC**
333 SW Taylor Street, Suite 300
Portland, Oregon 97204
Tel. 503-536-2172 - Fax 503-296-5742

to undergo medical treatment for her injuries. As a result of such treatment, Plaintiff incurred expenses for medical treatment and related therapies in an amount to be determined by the jury, but not to exceed $10,000.00.

10.

Plaintiff requests a trial to a jury of twelve persons.

WHEREFORE, Plaintiff prays for entry of judgment in her favor as follows:

**First Claim for Relief Against All Defendants**

A. Economic damages in a reasonable amount totaling up to $10,000.00;

B. Noneconomic damages in a reasonable amount totaling up to $250,000.00;

C. An award of her costs and disbursements incurred herein; and

D. Any other relief that the Court deems to be just and equitable.

Dated this 12 day of November 2025.

TRAINOR LAW PC



Gloria Trainor, OSB No. 084970
Attorney for Plaintiff



**TRAINOR LAW PC**
333 SW Taylor Street, Suite 300
Portland, Oregon 97204
Tel. 503-536-2172 - Fax 503-296-5742